AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Linda Cook, Hubert Cook, Adam Cook & B. Willis | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-CV-00282 |
| Erie Insurance Company | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The jury rendered a verdict in favor of the defendant. This case is dismissed.

This action was *(check one)*:

☑ **tried by a jury with Judge** Algenon L. Marbley presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date: June 2, 2021

CLERK OF COURT

*Betty L. Clark*
Signature of Clerk or Deputy Clerk